IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | <u>Superseding</u> |
| ) | |
| vs. ) | Cr. No. <u>95-20184-G</u> |
| ) | |
| HENRY SCOTT BAKER, ) | 18 U.S.C. § 1951 |
| ) | 18 U.S.C. § 924(c) |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

1. At all times material to this Indictment, the Circle K Corporation convenience store, 1923 Poplar Avenue, Memphis, Tennessee, was a business engaged in interstate commerce and in activity which affected interstate commerce.

2. On or about April 27, 1995, in the Western District of Tennessee,

------------------------HENRY SCOTT BAKER------------------------

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **HENRY SCOTT BAKER** did unlawfully take and obtain money belonging to and in the custody of the Circle K Corporation convenience store, 1923 Poplar Avenue, Memphis, Tennessee from an employee of Circle K Corporation against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future to the employee's person.

All in violation of Title 18, United States Code, Section 1951.

### COUNT 2

1. At all times material to this Indictment, the Mapco Express convenience store, 5325 Summer Avenue, Memphis, Tennessee, was a business engaged in interstate commerce and in activity which affected interstate commerce.

2. On or about April 28, 1995, in the Western District of Tennessee,

--------------------------HENRY SCOTT BAKER------------------------

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **HENRY SCOTT BAKER** did unlawfully take and obtain money belonging to and in the custody of the Mapco Express convenience store, 5325 Summer Avenue, Memphis, Tennessee from an employee of Mapco Express against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future to the employee's person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 3

On or about April 28, 1995, in the Western District of Tennessee,

------------------------HENRY SCOTT BAKER------------------------

during and in relation to a crime of violence, specifically Robbery Affecting Commerce in violation of Title 18, United States Code, Section 1951, did knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 4

1.  At all times material to this Indictment, the Circle K Corporation convenience store, 3233 Ridgeway Road, Memphis, Tennessee, was a business engaged in interstate commerce and in activity which affected interstate commerce.

3

2.   On or about April 29, 1995, in the Western District of Tennessee,

------------------------HENRY SCOTT BAKER------------------------
did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **HENRY SCOTT BAKER** did unlawfully take and obtain money belonging to and in the custody of the Circle K Corporation convenience store, 3233 Ridgeway Road, Memphis, Tennessee from an employee of Circle K Corporation against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future to the employee's person.

All in violation of Title 18, United States Code, Section 1951.

### COUNT 5

On or about April 29, 1995, in the Western District of Tennessee,

------------------------HENRY SCOTT BAKER------------------------
during and in relation to a crime of violence, specifically Robbery Affecting Commerce in violation of Title 18, United States Code, Section 1951, did knowingly use and carry a firearm; in violation

of Title 18, United States Code, Section 924(c).

## COUNT 6

1. At all times material to this Indictment, the Circle K Corporation convenience store, 3556 James Road, Memphis, Tennessee, was a business engaged in interstate commerce and in activity which affected interstate commerce.

2. On or about April 29, 1995, in the Western District of Tennessee,

------------------------HENRY SCOTT BAKER------------------------
did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **HENRY SCOTT BAKER** did unlawfully take and obtain money belonging to and in the custody of the Circle K Corporation convenience store, 3556 James Road, Memphis, Tennessee from an employee of Circle K Corporation against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future to the employee's person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 7

On or about April 29, 1995, in the Western District of Tennessee,

--------------------------HENRY SCOTT BAKER-------------------------

during and in relation to a crime of violence, specifically Robbery Affecting Commerce in violation of Title 18, United States Code, Section 1951, did knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 8

1.  At all times material to this Indictment, the Texaco service station/convenience store, 5521 Poplar Avenue, Memphis, Tennessee, was a business engaged in interstate commerce and in activity which affected interstate commerce.

2. On or about April 30, 1995, in the Western District of Tennessee,

------------------------HENRY SCOTT BAKER------------------------
did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **HENRY SCOTT BAKER** did unlawfully take and obtain money belonging to and in the custody of the Texaco service station/convenience store, 5521 Poplar Avenue, Memphis, Tennessee from an employee of Texaco against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future to the employee's person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 9

1. At all times material to this Indictment, the Circle K Corporation convenience store, 2810 Perkins, Memphis, Tennessee, was a business engaged in interstate commerce and in activity which affected interstate commerce.

2. On or about April 30, 1995, in the Western District of Tennessee,

------------------------HENRY SCOTT BAKER------------------------

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **HENRY SCOTT BAKER** did unlawfully take and obtain money belonging to and in the custody of the Circle K Corporation convenience store, 2810 Perkins, Memphis, Tennessee from an employee of the Circle K Corporation against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future to the employee's person.

All in violation of Title 18, United States Code, Section 1951.

### COUNT 10

1. At all times material to this Indictment, the Texaco service station/convenience store, 4185 Jackson Avenue, Memphis, Tennessee, was a business engaged in interstate commerce and in activity which affected interstate commerce.

2. On or about April 30, 1995, in the Western District of Tennessee,

------------------------HENRY SCOTT BAKER-----------------------

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **HENRY SCOTT BAKER** did unlawfully take and obtain money belonging to and in the custody of the Texaco service station/convenience store, 4185 Jackson Avenue, Memphis, Tennessee from an employee of Texaco against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future to the employee's person.

All in violation of Title 18, United States Code, Section 1951.

**A TRUE BILL:**

s/Grand Jury Foreman

DATE: APRIL 16, 1996

ASST. UNITED STATES ATTORNEY